IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

    Plaintiff,

v.

BREG, INC., et al.,

    Defendants.

---

### NOTICE OF DISMISSAL OF ORTHOFIX, INC. ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal Without Prejudice of Defendant Orthofix, Inc. in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed without prejudice as to Orthofix, Inc. only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on August 25, 2009

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge

PDF FINAL