IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.

_____

# ORDER
_____

The parties appeared this morning for a final pretrial conference and for a hearing on the **Joint Motion for the Entry of Confidentiality Agreement and Stipulated Protective Order and Stipulated Protective Order Regarding Format of Production by Defendant Breg, Inc.** [Doc. # 24, filed 9/16/2009] (the "Joint Motion").  Consistent with matters discussed at the hearing this morning and for the reasons stated on the record:

IT IS ORDERED that the [Proposed] Scheduling Order [Doc. # 19] is REFUSED.  The parties shall submit a revised proposed scheduling order on or before **October 9, 2009**, modified as discussed at the hearing today.

IT IS FURTHER ORDERED that a settlement conference will be held on **January 7, 2010, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  All settlement conferences that take place before the magistrate judge shall be confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This

requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a confidential settlement statement to my chambers on or before **December 31, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a final pretrial conference will be held in this case on **August 31, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **August 24, 2010.**

IT IS FURTHER ORDERED that the Joint Motion [Doc. # 24] is GRANTED IN PART and DENIED IN PART.  It is GRANTED with respect to the request to enter a Stipulated Protective Order Re: Confidential Documents, and such an order is entered separately.  It is DENIED with respect to the request to enter a Stipulated Protective Order Re: Format of Production By Defendant Breg, Inc.  Breg is granted leave to submit a revised proposed protective order re: format of production modified as discussed this morning at the conference.

Dated September 25, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge