IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01715-WDM-BNB | Date: February 10, 2010 |
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A-401 |

MATTHEW NELSON,                                        Nicole Daniels

        Plaintiff(s),

v.

BREG, INC.,                                                          Jordan Lipp
a California Corporation

        Defendant(s)

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session:    8:30 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:    Plaintiff's motion for modification of scheduling order [Doc. #40; filed 1/29/10] is GRANTED.**

Discovery cut-off is extended to: **July 30, 2010.**

The dispositive motion deadline is extended to: **August 31, 2010.**

The Plaintiff shall designate experts no later than: **April 1, 2010.**

The Defendant shall designate experts and rebuttal experts no later than: **May 14, 2010.**

The Plaintiff shall designate all rebuttal experts no later than: **June 14, 2010.**

Parties shall submit a stipulated deposition schedule **on or before February 15, 2010.** If parties cannot agree to a deposition schedule the Court will set the schedule for the depositions.

Pretrial Conference set for August 31, 2010 is **VACATED and RESET to November 1, 2010 at 8:30 a.m.** and shall be held in Courtroom A-401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado**.** A proposed Pretrial Order shall be submitted on or before **October 25, 2010.**

Court in Recess          8:37 a.m.          Hearing concluded.          Total time in Court: 00:07

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.