IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.

_____

# ORDER
_____

This matter arises on the **Plaintiff's Motion for Modification of Scheduling Order** [Doc. # 40, filed 1/29/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED and the case schedule is modified to the following extent:

        Discovery Cut-Off:        July 30, 2010

        (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Dispositive Motions Deadline:        August 31, 2010

        Expert Disclosures:

        (a)    The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 1, 2010

    (b)    The defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 14, 2010

    (c)    The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 14, 2010

Final Pretrial Conference: The final pretrial conference set for August 31, 2010, at 8:30 a.m., is VACATED and RESET to November 1, 2010, at 8:30 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than October 25, 2010.

IT IS FURTHER ORDERED that the parties, on or before February 15, 2010, shall submit a deposition schedule establishing the dates and times for the depositions of the plaintiff and Drs. Ferrari, Greenhow, and Noonan, which I will make an order of the court and which may be altered only by my order. If the parties cannot agree to the deposition schedule, I will set it as appropriate.

Dated February 10, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge