IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.
_____

## ORDER
_____

Consistent with my Order [Doc. # 46] and the Joint Status Report on Deposition Scheduling [Doc. # 47]:

IT IS ORDERED that the following deposition schedule is established, which may be altered only by my order:

        Matthew Nelson:      March 8, 2010, at 1:00 p.m.

        Dr. Greenhow:       March 26, 2010, at 3:00 p.m.

        Dr. Noonan:         March 19, 2010, at 3:00 p.m.

Dated February 16, 2010.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge