IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Date: April 2, 2010
Courtroom Deputy: Robert R. Keech          FTR BNB COURTROOM A-401

Civil Action No. 09-cv-01715-WDM-BNB       Counsel:

MATTHEW NELSON,                             Nicole C. Daniels
                                            Michael Born
    Plaintiff,

v.

BREG, INC., a California corporation,      Jordan L. Lipp

    Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**10:00 a.m.**  Court in Session

    Appearances of counsel.

    Court's opening remarks.

10:02 a.m.  Argument by Plaintiff (Ms. Daniels).

**ORDERED:** Plaintiff's Motion to Amend/Correct/Modify Scheduling Order [Doc. #58], filed March 19, 2010, is **DENIED.**

**10:06 a.m.**  Court in Recess. Hearing concluded.

**Total time in Court: 6 minutes**

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.