IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.

# ORDER

This matter arises on **Plaintiff's Second Motion for Modification of Scheduling Order** [Doc. # 58, filed 3/19/2010] (the "Second Motion for Extension"). I held a hearing on the Second Motion for Extension this morning and made rulings on the record, which are incorporated here.

The plaintiff has failed to show good cause to extend the case schedule. Accordingly,

IT IS ORDERED that the Second Motion for Extension [Doc. # 58] is DENIED.

Dated April 2, 2010.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge