IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate Settlement Conference** [docket no. 73, filed April 28, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The Settlement Conference set for **May 20, 2010**, is VACATED at this time, to be reset at a later date. The parties are to contact Chambers at 303/844-6408, to reset the Settlement Conference at a time when it is appropriate to reset this conference.

DATED: April 28, 2010