IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the parties' **Joint Proposed Case Deadlines In Light of the Court's Order** [Doc. # 89, filed 11/11/2010].

IT IS ORDERED that the case schedule is modified to the following extent:

Discovery Cut-Off (solely to allow the defendant to take the depositions of plaintiff's expert witnesses):   January 7, 2011

Deadline for defendant to file supplemental Rule 26(a)(2) expert reports in rebuttal to plaintiff's expert witnesses:   January 21, 2011

Deadline for defendant to file Fed. R. Evid. 702 motions and dispositive motions:   February 23, 2011

Final Pretrial Conference:   A final pretrial conference will be held in this case on April 26, 2011, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than April 19, 2011.

Dated November 15, 2010.

                                    BY THE COURT:

                                     s/ Boyd N. Boland
                                    United States Magistrate Judge