IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01715-WDM-BNB | Date: December 9, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

MATTHEW NELSON,　　　　　　　　　　　Michael Born
　　　　　　　　　　　　　　　　　　　　Jerold Hart
　　Plaintiff(s)　　　　　　　　　　　　　Darrell Elliott

v.

BREG, INC.,　　　　　　　　　　　　　　Jordan Lipp
　　　　　　　　　　　　　　　　　　　　Monica Gould by telephone
　　　　　　　　　　　　　　　　　　　　Jenny Covington by telephone
　　Defendant(s).

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:　1:34 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant Breg, Inc.'s 37(c)(1) and 16(f)(2) motion for costs and attorney's fees caused by plaintiff's failure to timely disclose expert witnesses [ **Doc. #92; filed 11/19/10] is taken under advisement. Supplemental material due on or before February 11, 2011.**

**ORDERED:** Defendant Breg, inc.'s motion to compel the deposition of Dr. Richard Collins [ **Doc. #93; filed 11/30/10] is granted for reasons stated on the record.**

Court in Recess:　2:40 p.m.　　　Hearing concluded.　Total time in Court: 01:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.