IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

    Plaintiff,

v.

BREG, INC., a California Corporation

    Defendants.

---

## ORDER

---

THIS MATTER having come before the Court on Defendant Breg, Inc.'s Unopposed Motion to Withdraw its Motion for Summary Judgment and Memorandum in Support, and the Court being fully advised herein, hereby

GRANTS the Unopposed Motion. Breg's Motion for Summary Judgment is hereby deemed withdrawn. Pursuant to the Court's order on November 15, 2010, Breg may re-file a new summary judgment motion no later than February 23, 2011.

Dated: _Jan. 4_, 2011

BY THE COURT

_____
UNITED STATES DISTRICT COURT
JUDGE/MAGISTRATE JUDGE

2043870.1