IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01715-WDM-BNB

MATTHEW NELSON,

Plaintiff,

v.

BREG, INC., a California corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the pending resolution of this matter,

IT IS ORDERED that the **Defendant Breg, Inc.'s 37(c)(1)(A) and 16(f)(2) Motion for Costs and Attorney's Fees Caused by Plaintiff's Failure to Timely Disclose Expert Witnesses** (docket no. 92), is DENIED AS MOOT.

DATED:  May 10, 2011